FILED: October 29, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1990

(1:10-cv-00157-WO-LPA)

_____

DESIGN RESOURCES, INC., a Washington Corporation

    Plaintiff - Appellant

v.

LEATHER INDUSTRIES OF AMERICA; DR. NICHOLAS J. CORY; ASHLEY FURNITURE INDUSTRIES, INC.; TODD WANEK

    Defendants - Appellees

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Appendix due: 12/22/2014

Opening brief due: 12/22/2014

Response brief due: 01/23/2015

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk